UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LEWIS LEE, JACQUELINE DELORES WATSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-02446-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiffs Theodore Lewis Lee and Jacqueline Delores Watson, appearing pro se, have filed a complaint and an application for leave to proceed in forma pauperis. On June 18, 2018, the Court dismissed the complaint with leave to amend because the complaint failed to state a claim. Dkt. No. 10. The Court gave plaintiffs a deadline of July 9, 2018, to file an amended complaint. Plaintiffs have not filed an amended complaint.

**Plaintiffs are therefore ORDERED TO SHOW CAUSE why this case should not be dismissed by filing an amended complaint <u>no later than August 1, 2018</u>. If plaintiffs do not file an amended complaint by this date, the Court will dismiss the case for failure to prosecute.**

As a reminder, the amended complaint shall:

(1) state, as clearly as possible, the facts giving rise to the complaint;

(2) provide information about why each defendant is being sued;

(3) specifically identify the claims that plaintiffs are asserting. For example, plaintiff shall clarify whether this is an appeal of a Social Security ruling or if this is a lawsuit for a

violation of the ADA. If this is a lawsuit for a violation of the ADA, plaintiffs must state which Title of the ADA they are suing under; AND

(4) state the relief that plaintiffs seek.

Plaintiffs may also find it useful to contact the Legal Help Center at (415) 782-8982.

**The amended complaint is due August 1, 2018.**

**IT IS SO ORDERED**.

Dated: July 18, 2018

_____
SUSAN ILLSTON
United States District Judge