UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DELORES WATSON, Plaintiff, v. NANCY A. BERRYHILL, Defendant. | Case No. 18-cv-02446-SI **ORDER OF DISMISSAL** Re: Dkt. No. 13 |

On June 18, 2018, the Court dismissed the complaint in this case, pursuant to 28 U.S.C. § 1915(e)(2), with leave to amend. Dkt. No. 10. The Court ordered plaintiff to file an amended complaint that stated, as clearly as possible, the facts giving rise to the complaint; clarified whether this was an appeal of a Social Security ruling or if this was a lawsuit for a violation of the Americans with Disabilities Act ("ADA"); provided information about why each defendant is being sued; and stated the relief that plaintiff seeks. Plaintiff missed the deadline to amend her complaint and the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 12.

Since then, plaintiff has filed four documents: an Amended Complaint; a document titled, "For me and Theodore lewis lee to see the President + Oprah in Chicago Illinois;" a "motion #1 To See Your Boss (ASAP);" and a document addressed "To: Federal Judge that has my organs." Dkt. Nos. 13, 14, 15, 16. None of these filings addresses the Court's prior Order. Due to the disparate and confusing allegations in the documents that plaintiff has filed in this case, and the continuing lack of clarity on what type of lawsuit this is, the Court will not give plaintiff another opportunity to amend her complaint. *See Akhtar v. Mesa*, 698 F.3d 1202, 1212 (9th Cir. 2012).

Accordingly, this action is DISMISSED without prejudice. The clerk shall close the file in this case.

**IT IS SO ORDERED**.

Dated: September 20, 2018

_____
SUSAN ILLSTON
United States District Judge