# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DELORES WATSON, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Defendant. | Case No. 18-cv-02446-SI <br><br> **JUDGMENT** |

The Court has dismissed plaintiff's complaint without prejudice, but without leave to amend, for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 20, 2018

_____
SUSAN ILLSTON
United States District Judge